Opinion filed September 28, 2006















 
 
  
 
 







 
 
  
 
 




Opinion filed September 28, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-05-00116-CV 

                                                    __________

 

                                  SEELIN MEDICAL, INC., Appellant

 

                                                             V.

 

                               INVACARE
CORPORATION, Appellee

 



 

                                          On
Appeal from the 70th District Court

 

                                                           Ector County, Texas

 

                                                Trial
Court Cause No. A-115,714

 



 

                         O P I N I O N   O N  
M O T I O N   F O R   R E H E A R I N G

 

Seelin Medical, Inc. has filed a motion for
rehearing asking this court to withdraw and modify our opinion and judgment
dated August 31, 2006.  Seelin=s motion identifies no error in our
opinion or judgment and is, therefore, overruled.








Seelin=s
prayer asks in the alternative that we direct the trial court to consider the
costs prior to the filing of plaintiff=s
third amended petition as well as the costs, fees, and damages incurred by
Seelin in prosecution of the indemnity obligation against Invacare.  That request raises an issue not properly
before us.  The trial court=s summary judgment held that Invacare
owed Seelin no duty.  We have previously
held that this was partially incorrect because Invacare did owe a duty to
Seelin to indemnify it for claims relating to the walker.  Because the trial court has not yet been
afforded an opportunity to quantify the extent of this duty and because this
requires the resolution of factual issues, it would be improper for us to grant
Seelin=s
alternative request.  The motion is,
therefore, overruled.

 

 

RICK STRANGE

JUSTICE

 

September 28, 2006

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.